UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **MARK ODOM**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 2:22-cv-00535 |
| | ) |
| **COLONNA'S SHIPYARD, INC.**, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii), Plaintiff Mark Odom and Defendant Colonna's Shipyard, Inc. submit this Stipulation of Dismissal, dismissing this action with prejudice. Pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 US. 375 (1994), this Court will reserve jurisdiction to enforce the terms of an agreement entered into by the Parties to resolve this case.

Respectfully submitted,

/s/
Benjamin Johnson (VSB No. 90812)
Pierce Jewett, PLLC
1111 East Main Street, Suite 1800
Richmond, Virginia 23219
Tel: 804-413-4021
Fax: (757) 257-0387
bjohnson@piercemccoy.com

*Counsel for Plaintiff*

/s/
Kristina H. Vaquera
Milena Radovic
Olivia Riendeau Cohen
Jackson Lewis, P.C.
500 East Main Street, Suite 800
Norfolk, Virginia 23510
Tel: 757-648-1448
Kristina.vaquera@jacksonlewis.com
Milena.radovic@jacksonlewis.com
Olivia.cohen@jacksonlewis.com

*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such to the following:

Kristina H. Vaquera
Milena Radovic
Olivia Riendeau Cohen
Jackson Lewis, P.C.
500 East Main Street, Suite 800
Norfolk, Virginia 23510
Tel: 757-648-1448
kristina.vaquera@jacksonlewis.com
milena.radovic@jacksonlewis.com
olivia.cohen@jacksonlewis.com

*Counsel for Defendant*

                                                              /s/

                                          Benjamin Johnson
                                          Pierce McCoy, PLLC
                                          1111 East Main Street, Suite 1800
                                          Richmond, Virginia 23219
                                          Tel: 804-413-4021
                                          Fax: (757) 257-0387
                                          bjohnson@piercemccoy.com

                                          *Counsel for Plaintiff Mark Odom*